UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　vs.<br><br>COLIN C. JOHNSON,<br>　　　　Defendant. | )<br>)<br>)<br>) CAUSE NO. 1:21-cr-00193-JPH-MJD-10<br>)<br>)<br>) |

**COURTROOM MINUTE FOR MAY 20, 2025**
**<u>HONORABLE MARK J. DINSMORE, MAGISTRATE JUDGE</u>**

　　The parties appeared for a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on January 21, 2025, and the Supplemental Petition for Warrant or Summons for Offender Under Supervision filed on May 8, 2025.　Defendant appeared in person and by FCD counsel William Dazey.　Government represented by AUSA Bradley Blackington.　USPO represented by Katherine Lindley.

　　Counsel for Defendant filed a motion seeking a mental examination, pursuant to Title 18 U.S.C. § 4241(a) [Dkt. 1580], on the basis that, based upon counsel's interactions with Defendant Johnson, there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect, rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or assist properly in his defense.　The government orally joined in the motion.　The Court will grant that motion and order the examination required by law by separate order.

Defendant was remanded to the custody of the U.S. Marshal pending further order of the Court.

Dated: 21 MAY 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system