UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
        v.                     )      No. 1:21-cr-00193-JPH-MJD
                               )
COLIN C. JOHNSON,              )  -10
                               )
            Defendant.         )

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Kellie M. Barr has entered a Report and Recommendation, dkt. 1645, recommending that the Court revoke Mr. Johnson's supervised release and sentence him to 12 months imprisonment with no supervised release to follow.  The parties have had the opportunity to object but have not done so.  *See* Fed. R. Crim. P. 59(b)(2); 28 U.S.C. § 636(b)(1)(C).

The Court has considered and now **ADOPTS** the Report and Recommendation and all findings therein, dkt. [1645].  The Court now **ORDERS** that Colin C. Johnson's supervised release is therefore **REVOKED**, dkt. [1634], and Mr. Johnson is sentenced to the custody of the Attorney General or his designee for imprisonment of 12 months with no supervised release to follow.  The Court recommends placement at a medical facility—specifically, not in Terre Haute, Indiana.  The Court further recommends that Defendant receive substance abuse and mental health treatment while incarcerated.  Additionally, if possible, the Court recommends that Defendant

1

be seen by a medical specialist to address the underlying health issue

regarding his stomach pain.  Violations number 2, 3, and 4 are **DISMISSED**.

**SO ORDERED.**

Date: 5/5/2026

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C